# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-396-HDM-VCF |
| Plaintiff, | |
| vs. | |
| STEPHEN CUNNINGHAM, | *and related case* |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-129-APG-NJK |
| vs. | |
| STEPHEN CUNNINGHAM, | **REASSIGNMENT ORDER** |
| Defendant. | |

The presiding District Judges in these actions have reviewed cases 2:13-cr-396-HDM-VCF and 2:16-cr-129-APG-NJK and have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge. Additionally, reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that case no. 2:16-cr-129-APG-NJK is reassigned to District Judge Howard D. McKibben, and all further pleadings must bear case no. 2:16-cr-129-HDM-NJK.

DATED: This 10th day of August, 2017.

_____           _____
ANDREW P. GORDON                    HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE        UNITED STATES DISTRICT JUDGE

1