RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Stephen Cunningham

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>STEPHEN CUNNINGHAM,<br><br>                    Defendant. | Case No. 2:13-cr-00396-HDM-VCF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Stephen Cunningham, that the Revocation Hearing currently scheduled on Tuesday, August 11, 2020 at 8:45 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Defense Counsel will be out on medical leave from June 2, 2020, to September 2, 2020.

2. The defendant's degree of success in the Las Vegas Recovery Center Dual Success Program will help inform the Court's decision regarding the appropriate disposition of the violations alleged in the petition.

3. Defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 1st day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN CUNNINGHAM,<br><br>          Defendant. | Case No. 2:13-cr-00396-HDM-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 11, 2020 at 8:45 a.m., be vacated and continued to Thursday, October 15, 2020 at 11:30 a.m. in LV Courtroom (tbd) before Judge Howard D. McKibben.

IT IS SO ORDERED.

DATED this 11th day of June, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

3