RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Stephen Cunningham

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN CUNNINGHAM,<br><br>Defendant. | Case No. 2:16-cr-00129-GMN-VCF<br>Case No. 2:13-cr-00396-APG-VCF<br><br>**STIPULATION TO CONSOLIDATE REVOCATION CASES**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Stephen Cunningham, jointly move the Court to consolidate the above captioned cases under a single case number, preferably 2:13-cr-00396-APG-VCF.

This Stipulation to Continue and Consolidate cases is entered into for the following reasons:

1. The petitions for revocation of supervised release 2:16-cr-00129-GMN-VCF (ECF No. 50) and 2:13-cr-00396-APG-VCF (ECF No. 59) and the sealed addendums allege the same violation conduct.

2. On September 12, 2019, Mr. Cunningham admitted to violating paragraphs 1, 2 and 3 of the revocation petition in case 2:16-cr-00129-GMN-VCF (ECF No. 50) and in case 2:13-cr-00396-APG-VCF (ECF No. 59). Disposition and sentencing was deferred for up to six months. The sealed addendums are still pending and have not been addressed.

3. The revocation of supervised release hearing in case 2:16-cr-0129-GMN-VCF is scheduled for October 14, 2020 at 9:00 am before Judge Navarro.

4. The revocation of supervised release hearing in case 2:13-cr-00396-APG-VCF is scheduled for October 27, 2020 at 11:30 am before Judge Gordon.

5. Because the exact same conduct is alleged in both revocation petitions, the revocation cases should be consolidated. Additionally, the interest of judicial economy and efficiency would be served by joining the matter.

6. The parties respectfully request that Mr. Cunningham's supervised release hearing before Judge Navarro be vacated and reset before Judge Gordon.

DATED this 2nd day of October 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN CUNNINGHAM,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00129-GMN-VCF<br>Case No. 2:13-cr-00396-APG-VCF<br><br>PROPOSED ORDER |

**ORDER**

　　IT IS ORDERED that the two cases 2:16-cr-00129-GMN-VCF and 2:13-cr-00396-APG-VCF be consolidated and combined before the honorable Judge Andrew P. Gordon.

　　IT IS FURTHER ORDERED that the Revocation Hearing currently scheduled for October 14, 2020, at the hour of 9:00 a.m. before Judge Gloria M. Navarro, be vacated and reset to October 27, 2020 at the hour of 11:30 a.m. before Judge Andrew P. Gordon.

　　Dated this __5__ day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3